IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONNA SAMS                          :          CIVIL ACTION
                                    :
          v.                        :
                                    :
NATIONAL RAILROAD PASSENGER         :          NO. 25-3015
CORP.                               :

ORDER

AND NOW, this 14th day of April 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant National Railroad Passenger Corp. to compel arbitration (Doc. #11) is GRANTED, and this action is STAYED pending the completion of the arbitration.


                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                        J.